**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 07-7623**

_____

ROGER OSBORN,

                    Plaintiff - Appellant,

          v.

CINDY OSBORN,

                    Defendant - Appellee.

_____

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Alexander Williams, Jr., District Judge.
(8:07-cv-02305-AW)

_____

Submitted:  February 21, 2008      Decided:  February 27, 2008

_____

Before MOTZ and GREGORY, Circuit Judges, and WILKINS, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Roger Osborn, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Roger Osborn appeals the district court's order dismissing his complaint against Defendant for lack of subject matter jurisdiction pursuant to Fed. R. Civ. P. 12(h)(3). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Osborn v. Osborn</u>, No. 8:07-cv-02305-AW (D. Md. filed Sept. 11, 2007; entered Sept. 12, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>